United States District Court
Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff,

Case No. 18-cr-20255
Honorable Victoria A. Roberts

v.

Gary Tenaglia,

        Defendant.
_____/

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

To:   Attorney Admission Clerk and All Other Parties

Please add the following Assistant U.S. Attorney as co-counsel of record on behalf of the United States of America for the above-captioned case:

Name:      Philip A. Ross
Bar ID:      VA Bar No. 70269
Telephone:  (313) 226-9790
Fax:       (313) 226-3800
Email:     Philip.ross@usdoj.gov

                    Respectfully submitted,

                    MATTHEW SCHNEIDER
                    United States Attorney

                    s/Philip A. Ross
                    PHILIP A. ROSS
                    Assistant United States Attorney
                    211 W. Fort Street, Suite 2001
                    Detroit, Michigan 48226
                    (313) 226-9790
Dated: April 25, 2018        Philip.ross@usdoj.gov